IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LEE B. EVERITT,  :
        Plaintiff(s),  :
    vs.  :  Case Number: 1:06cv372
WARDEN, CHILLICOTHE CORRECTIONAL INSTITUTION,  :  District Judge Susan J. Dlott
        Defendant(s).  :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Chief Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 15, 2007 Report and Recommendations (Doc. 12).  Subsequently, the plaintiff filed objections to such Report and Recommendations (Doc. 13).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the Petition is **DISMISSED WITH PREJUDICE.**

    **IT IS SO ORDERED.**

       **s/Susan J. Dlott**
       Susan J. Dlott
       United States District Judge